**Order entered May 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01548-CR
No. 05-14-01549-CR
No. 05-14-01559-CR
No. 05-14-01560-CR
No. 05-14-01561-CR

**RONNIE JAMARR CONLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause Nos. MA13-24802-L, MA13-25397-L, MA14-25147-L**
**MA14-25148-L, MA14-25149-L**

## ORDER
Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandates in these appeals **INSTANTER**.

/s/      ELIZABETH LANG-MIERS
         JUSTICE